# NO. 12-10-00398-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EDDIE THOMPSON, INDIVIDUALLY AND d/b/a EDDOT CONSTRUCTION/ THOMPSON DIRT,* <br> *APPELLANT* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW* |
| *FAITH TEMPLE CHURCH OF GOD IN CHRIST,* <br> *APPELLEE* | *§* | *NACOGDOCHES COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellee has filed a motion to dismiss this appeal asserting that this court lacks jurisdiction because no final judgment or other appealable order has been signed by the trial court. Appellant has responded that he "agrees with Appellee's reasons that this court lacks jurisdiction." Accordingly, Appellee's motion is granted, and the appeal is ***dismissed***.

Opinion delivered December 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)